UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In re:

Daniel & Alyssa Simmer,   Bankruptcy Case
                          No.   24-20641

           Debtor(s).     Chapter 7

## DEBTORS' STATEMENT REBUTTING THE PRESUMPTION OF ABUSE

Comes now the debtor, Daniel Simmer, and in response to the Statement of Presumed abuse state the following:

1. That my wife and I are now separated with the intention of filing for divorce.

2. The fact that we divorcing, are separated and maintaining two households constitutes a special circumstance.

3. That we have filed an amended budget exemplifying the lack of available funds for creditors and a lack of abuse.

4. That the alternative of filing two separate bankruptcy cases would be inequitable.

Dated: 14 Oct 2025

_Daniel Simmer_

Subscribed and sworn to before me
this 14 day of October, 2025.

_Amanda N. Cornish_
Notary Public Brown County, WI
My Commission expires 8/26/29

[Notary Seal: ALEXANDRIA N. CORNISH, NOTARY PUBLIC, STATE OF WISCONSIN]

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In re:

Daniel & Alyssa Simmer,

Bankruptcy Case
No. 24-20641

Debtor(s).

Chapter 7

## DEBTORS' STATEMENT REBUTTING THE PRESUMPTION OF ABUSE

Comes now the debtor, Alyssa Simmer, and in response to the Statement of Presumed abuse state the following:

1. That my husband and I are now separated with the intention of filing for divorce.

2. The fact that we divorcing, are separated and maintaining two households constitutes a special circumstance.

3. That we have filed an amended budget exemplifying the lack of available funds for creditors and a lack of abuse.

4. That the alternative of filing two separate bankruptcy cases would be inequitable.

Dated: 14 Oct 2025

Alyssa Simmer

Subscribed and sworn to before me
this 14 day of October, 2025.

Alexandria N. Cornish
Notary Public Brown County, WI
My Commission expires 8/26/29.